**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

JACK CLAYTON as the administrator of
the estate of TIMOTHY CLAYTON,           :

     Plaintiff,                                :

                       :

v.                                       :          CASE NO.: 1:24-CV-139 (LAG)

                       :

SHERIFF LEE CONE, *et al.*,               :

     Defendant.                                :

                       :

## <u>ORDER</u>

Before the Court is the Parties' Consent Motion to Substitute Defendant. (Doc. 115). Therein, the Parties' ask the Court to "substitute A.W. Holdings, LLC d/b/a Benchmark Human Services for Defendant Benchmark Human Services of Georgia, LLC in this matter." (*Id.* at 2). The Parties represent that "Plaintiff improperly named Benchmark Human Services of Georgia, LLC as a Defendant" and "[i]n Defendant Benchmark's Answer and Affirmative Defenses to the Second Amended Complaint, Defendant Benchmark identified A.W. Holdings, LLC as the proper party." (*Id*. at 1–2). The Parties further represent that "[t]his substitution will not prejudice any party, as the legal claims asserted in the Second Amended Complaint remain unchanged" and "the remaining Defendants consent to this Motion." (*Id.* at 2).

Federal Rule of Civil Procedure 25(c) provides that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party." *See Andrews v. Lakeshore Rehab. Hosp.*, 140 F.3d 1405, 1407 (11th Cir. 1998) (explaining that Rule 25(c) "allows substitution of parties when a transfer in interest has occurred . . . during the pendency of litigation"). "The decision whether to allow substitution is discretionary."

*Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 610 (11th Cir. 1984) (citations omitted).

The Parties' Consent Motion to Substitute Defendant (Doc. 115) is **GRANTED**. The Clerk of Court is **DIRECTED** to **SUBSTITUTE** A.W. Holdings, LLC d/b/a/ Benchmark Human Services as the defendant in this case and **TERMINATE** Benchmark Human Services of Georgia, LLC  as a party.

**SO ORDERED**, this 30th day of March, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2