**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

JACK CLAYTON as the administrator of     :
the estate of TIMOTHY CLAYTON,           :
                                         :
    Plaintiff,                           :
                                         :
v.                                       :     CASE NO.: 1:24-CV-139 (LAG)
                                         :
SHERIFF LEE CONE, *et al*,               :
                                         :
    Defendants.                          :
                                         :

## ORDER

Before the Court is the Parties' Joint Motion for Entry of Stipulated Protective Order. (Doc. 114). Therein, the Parties ask the Court to enter a stipulated protective order to protect "protected health information" under the Health Insurance Portability and Accountability Act of 1996 (HIPAA). (Doc. 114-1). The Parties represent that "[a]ll protected health information produced or disclosed in the [a]ction shall be used solely for the prosecution or defense (including any appeal therefrom) of the [a]ction[.]" (*Id.* at 2).

Under Federal Rule of Civil Procedure 26(c), the Court may enter a protective order upon finding good cause. Stipulated protective orders have become "commonplace in the federal courts" to allow the parties "to designate particular documents as confidential . . . and postpone[] the necessary 'good cause' required for entry of a protective order until the confidential designation is challenged." *Chicago Trib. Co. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001) (citing *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987)). Accordingly, the Court finds a protective order is warranted to facilitate discovery. The Parties' Joint Motion for Entry of Stipulated Protective Order (Doc. 114) is **GRANTED**, and the Parties' Proposed Stipulated HIPAA Qualified Protective Order (Doc. 114-1) is hereby **ADOPTED** and made the **ORDER** of the Court.

**SO ORDERED**, this 14th day of April, 2026.

<u>/s/ Leslie A. Gardner</u>
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**