**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| JACK CLAYTON as the administrator of the Estate of TIMOTHY CLAYTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CV-139 (LAG) |
| | : | |
| SHERIFF LEE CONE, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Exceed the Twenty-Page Limitation (Doc. 122). Therein, Plaintiff requests leave to file a brief in support of Plaintiff's Motion for Spoliation Sanctions not to exceed twenty-five (25) pages." (*Id.*). Plaintiff further represents that "Defendants consent to this request." (*Id.*). Upon review and consideration, Plaintiff's Motion is **GRANTED**. Plaintiff is authorized to file a Brief in support of Plaintiff's Motion for Spoliation Sanctions up to twenty-five (25) pages.

**SO ORDERED**, this 30th day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**